IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MISSE MISENGA BASIRWA, ET. AL., <br><br> PLAINTIFFS, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET. AL., <br><br> DEFENDANTS. | Civil Action No. <br><br> 1:23-cv-05466-ELR |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Complaint and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Complaint through and including April 5, 2024.

So ordered this 23rd day of January, 2024.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
United States District Judge

Presented By:
*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280