IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MISSE MISENGA BASIRWA, ET. AL., <br><br> PLAINTIFFS, <br> v. <br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET. AL., <br><br> DEFENDANTS. | Civil Action No. <br> 1:23-cv-05466-ELR |

ORDER

Having read and considered Defendants' Second Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Complaint and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Complaint through and including May 20, 2024.

So ordered this 5th day of April, 2024

_____
Honorable Eleanor L. Ross
United States District Judge